## FRAZIER v. LANE, WARDEN.

No. 33, Misc.  Decided May 22, 1967.

Petitioner *pro se.*

*John J. Dillon,* Attorney General of Indiana, and *Douglas B. McFadden,* Deputy Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment is vacated and the case is remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of *Long* v. *District Court of Iowa in and for Lee County,* 385 U. S. 192.